In the Matter of RICKEY B., a Person Alleged to be in Need of Supervision.—

The provisions of this statute apply to juvenile delinquency proceedings as well as to PINS proceedings *(see, Matter of Jacqueline P.,* 149 AD2d 933; *see also,* Family Ct Act § 741). Since Family Court did not comply with these mandates, reversal is required *(see, Matter of Paul H.,* 154 AD2d 943; *Matter of Patricia Ann R.,* 154 AD2d 933; *Matter of David*

*Paul W.,* 151 AD2d 1042; *Matter of Jacqueline P., supra; Matter of Mark S.,* 144 AD2d 1010; *Matter of Tomika M.,* 136 AD2d 951). (Appeal from order of Erie County Family Court, O'Donnell, J.—PINS.) Present—Callahan, J. P., Doerr, Green, Pine and Lawton, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID KAST, Appellant.— Present—Denman, J. P., Pine, Lawton, Davis and Lowery, JJ.

